IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JAN 20 2010
AT 8:30
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>VS. )<br>)<br>LAZARO FERNANDEZ )<br>)<br>Defendant. )<br>) | CASE NO.: 09-CR-00810-JAP |

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION FOR EXONERATION OF BOND

**THIS MATTER** came before the Court upon the Defendant's Unopposed Motion to for Exoneration of Bond, and the Court having heard argument, and being otherwise fully advised in the premises, it is,

**ORDERED AND ADJUDGED** that the Defendants' motion is hereby **GRANTED**. The clerk shall return the ten-percent bond premium, in the amount of ten thousand dollars ($10,000.00), plus any interest accrued to Rosa Muñoz.

**DONE AND ORDERED** at Trenton, New Jersey this 20 day of ~~December 2009~~ January 2010.

_____
JOEL A. PISANO
DISTRICT JUDGE

cc:  Joseph S. Rosenbaum, Esq.
     Brigham Cannon, Assistant United States Attorney